UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELODY JONES,

    Plaintiff,

v.                                              Case No: 6:16-cv-758-Orl-28TBS

STEAK N SHAKE OPERATIONS, INC.,

    Defendant.

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. 28). The assigned United States Magistrate Judge has submitted a Report (Doc. 29) recommending that this case be remanded to state court due to lack of subject-matter jurisdiction. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record in this matter, and noting that no objections to the Report have been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida, Case No. 2016-CA-951-OC.

3. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on September 15, 2017.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record